FILED
CLERK, U.S. DISTRICT COURT

SEP 2 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRANDON, | Case No. CV 08-4479-PA (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| F.W. HAWS, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  9/26/09

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE